NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**MICHAEL HENRY HEARN,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

————————————

2023-1206

————————————

Appeal from the United States Court of Federal Claims in No. 1:22-cv-01344-EJD, Senior Judge Edward J. Damich.

————————————

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the February 16, 2023 Order, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

accordance with the rules. All pending motions are denied as moot.

FOR THE COURT

<u>March 22, 2023</u>
     Date

                      <u>/s/ Peter R. Marksteiner</u>
                      Peter R. Marksteiner
                      Clerk of Court

**ISSUED AS A MANDATE:** March 22, 2023